UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GABRIEL ARTURO P.M.,[1]

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-05093-TLN-SCR

A# 241-078-078

**ORDER**

This matter is before the Court on a letter from *pro se* Petitioner Gabriel Arturo P.M.'s ("Petitioner") requesting counsel and stating that his local U.S. Immigration and Customs Enforcement ("ICE") field office has not been notified of this Court's Order granting his habeas petition and issuing a permanent injunction prohibiting his re-detention without certain procedural safeguards. (ECF No. 12.)

Petitioner's case came before this Court after Petitioner was detained by immigration authorities on May 29, 2026 at the Golden State Annex Detention Facility in California. (ECF

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

No. 9 at 9.) On July 2, 2026, Petitioner filed a Petition for Writ of Habeas Corpus seeking release from immigration detention. (ECF No. 1.) After the matter was fully briefed, on July 9, 2026, the Court found the Government had violated Petitioner's Fifth Amendment procedural due process rights and ordered Petitioner's release. (ECF No. 9.) Petitioner was released on July 10, 2026. (ECF Nos. 11, 12.) Upon issuing a final judgment, the case was closed. (ECF No. 10.)

Accordingly, there are no further proceedings in this case, there are no pending issues before this Court, and the case is closed. Therefore, the Court DENIES Petitioner's request to appoint counsel. (ECF No. 12.)

However, the Court's July 9, 2026 Order contains a permanent injunction prohibiting federal immigration authorities, including ICE, from re-detaining Petitioner absent compliance with certain procedural safeguards. (*See* ECF No. 9 at 6.) Therefore, ICE must be informed of this Court's Order and the injunction to which they must abide. Accordingly, the U.S. Attorney's Office for the Eastern District of California is ordered to immediately provide a copy of the July 9, 2026 Order granting Petitioner's habeas petition (ECF No. 9) to ICE's Dallas Field Office (8101 N. Stemmons Frwy, Dallas Texas 75247) and ensure officials are aware of this Court's Order and injunction in connection with Petitioner and his immigration case. Counsel for Respondents must file notice of such efforts no later than **July 31, 2026**.

If, in the future, Petitioner believes this Court's Order has been violated, Petitioner may notify this Court in writing at:

Office of the Clerk
United States District Court
Eastern District of California
2500 Tulare Street, Suite 1501
Fresno, CA 93721

Case No. 1:26-cv-05093-TLN-SCR

Finally, the Clerk of the Court shall serve a copy of this Order (ECF No. 13) and a copy of the Order granting Petitioner's habeas petition (ECF No. 9) on:

1. Petitioner at his updated address on file with the Court (ECF No. 12); and
2. U.S. Immigration and Customs Enforcement, 8101 N. Stemmons Frwy, Dallas Texas 75247 (RE: A# 241-078-078).

IT IS SO ORDERED.

Date: July 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE